ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY -8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> vs. </br> GINGER PEREZ HAMAMOTO, </br> Defendant. | CRIMINAL CASE NO. 06-00018 </br> **INFORMATION** </br> **MISPRISION OF FELONY** </br> [18 U.S.C. § 4] |

THE UNITED STATES ATTORNEY CHARGES THAT:

Between and on or about September 5, 2005, and continuing to on or about September 8, 2005, in the District of Guam, the defendant herein, GINGER PEREZ HAMAMOTO, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to manufacture methamphetamine hydrochloride, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846, the defendant did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

Dated this 5th day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney