UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE



**FILED**
DISTRICT COURT OF GUAM
MAY - 8 2006
MARY L.M. MORAN
CLERK OF COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke
Court Reporter: Milia                                Date: 5/8/

---

### PLEA MINUTES       9:52:18 - 10:16:33

CASE NO. CR06-18C       U. S. v. Ginger Perez-Hamamoto
U.S. Attny: DAVID       Deft. attny: Civille
USPO: O'Mallon          INTERPRETER:

[✓] Defendant present, with counsel.
[✓] Plea Agreement filed.   [✓] Waiver of Indictment filed and approved.
[✓] Court finds defendant competent to plead.
[✓] Defendant advised of rights, charges and penalties.
[✓] Government summarizes the evidence.
[✓] Guilty plea entered to Counts: Information.

[✓] Presentence report ordered.
[ ] Court accepts Plea Agreement.   [ ] Court orders Plea Agreement sealed.
[ ] Court doesn't accept or reject the Plea Agreement but refers it to the probation department for recommendation.
[✓] Sentencing set: 8/28/06 at 10:30
    Other: PSI to parties - 6/30/06
           "    "  Court - 8.3.06
    Deft. ordered into residential drug treatment in Honolulu
[ ] Bond remains as set.

---

MINUTES OF PLEA       HON. JOHN C. COUGHENOUR       DATE: 5/8/06