O AO 455 (Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

GINGER PEREZ HAMAMOTO,

WAIVER OF INDICTMENT

CASE NUMBER: 06-00018

I, GINGER PEREZ HAMAMOTO, the above named defendant, who is accused of Misprison of Felony in violation of Title 18, United States Code, Section 4.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 8 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer