
**FILED**
DISTRICT COURT OF GUAM

MAY 2 1 2008

JEANNE G. QUINATA 
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GINGER PEREZ HAMAMOTO,<br><br>Defendant. | CRIMINAL CASE NO. 06-00018<br><br>**RECEIPT OF EXHIBITS** |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[X] Government's          [ ] Defendant's          [ ] Joint

**EXHIBIT NO.          DESCRIPTION**

SEE ATTACHED MINUTE ENTRY FILED 8/28/2006

_JEmmanuel_
Signature

_Jackie Emmanuel_
Name

_5/20/08_
Date

_U.S. Attorney's Office_
Office/Firm Receiving Exhibits

CASE NO.: CR-06-00018-001 DATE: August 28, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore Electronically Recorded: 10:41:47 - 11:48:03; 12:00:22 - 1:19:07
CSO: J. McDonald / J. Lizama

**APPEARANCES:**

Defendant: Ginger Perez Hamamoto Attorney: G. Patrick Civille
☑ Present ☐ Custody ☐ Bond ☑ P.R. ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David U.S. Agent: Paul Griffith, D.E.A.
U.S. Probation: Maria Cruz U.S. Marshal: C. Marquez / G. Perez
Interpreter: Language:

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>24 months with credit for time served (approximately 120 days)</u>.
- Court recommendation to the Bureau of Prisons: <u>While in prison, the defendant shall participate in the 500-hour intensive drug treatment program, as well as vocational and educational programs. The recommendation for drug treatment was vital to the Court's determination of the length of the sentence. Ms. Hamamoto should be assigned to whatever facility will accommodate the need for intensive drug treatment.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of her appeal rights.
- Defendant shall surrender to the U.S. Marshal for this district as notified by the U.S. Marshals Service.

NOTES: Exhibits marked and admitted. Witnesses sworn and examined (see attachd Exhibit and Witness List, AO Form 187). Defense counsel recommended the 500 hour drug treatment program. No objection - GRANTED.

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Ginger Perez Hamamoto | Case Number: **CR-06-00018** |

| PRESIDING JUDGE<br>**RONALD B. LEIGHTON** | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**G. PATRICK CIVILLE** |
|---|---|---|
| HEARING DATE(S)<br>August 28, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>V. KILGORE /L. HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | A | | 8/28/06 | 8/28/06 | | 21 colored photos |
| | B | | 8/28/06 | 8/28/06 | | 1 colored photo depicting various chemicals and a gallon of water |
| | | | | | | **Paul Griffith, called and sworn** |
| | | | | | | DX by Ms. David |
| | A | | 8/28/06 | 8/28/06 | | 21 colored photos |
| | B | | 8/28/06 | 8/28/06 | | 1 colored photo depicting various chemicals and a gallon of water |
| | | | | | | 11:05:38 End DX |
| | | | | | | CX by Mr. Arriola |
| | A | | 8/28/06 | 8/28/06 | | 21 colored photos |
| | | | | | | 11:17:34 End CX |
| | | | | | | CX by Mr. Mantanona |
| | B | | 8/28/06 | 8/28/06 | | 1 colored photo depicting various chemicals and a gallon of water |
| | A | | 8/28/06 | 8/28/06 | | 21 colored photos |
| | | | | | | 11:22:24 End CX |
| | | | | | | Re-DX |
| | A | | 8/28/06 | 8/28/06 | | 21 colored photos |
| | | | | | | 11:25:24 End Re-DX |
| | | | | | | Re-CX by Mr. Arriola |
| | | | | | | 11:26:07 End Re-CX |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | 11:26:40 End Re-CX |
| | | | | | | 11:26:46 Witness excused |
| | | | | | | **Marvin Desamito, called and sworn** |
| | | | | | | DX by Ms. David |
| | A | | 8/28/06 | 8/28/06 | | 21 colored photos |
| | | | | | | 11:34:30 End DX |
| | | | | | | CX by Mr. Arriola |
| | A | | 8/28/06 | 8/28/06 | | 21 colored photos |
| | | | | | | 11:37:22 End CX |
| | | | | | | CX by Mr. Civille |
| | A | | 8/28/06 | 8/28/06 | | 21 colored photos |
| | | | | | | 11:48:03 - 12:00:22 BREAK |
| | | | | | | Parties stipulate to Exhibit C; all other rooms on the 7th floor in addition to room 755 were occupied. |
| | | | | | | Exhibit C (hotel record) was an offer of proof. Parties stipulated that all other rooms on the 7th floor in addition to room 755 were occupied. |
| | | | | | | *The Court admitted all exhibits.* |

Page -1-